Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELANIE RAWLINS,** | ) Case No. 8:11-cv-00047-AG -RNB |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC.** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with

prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a

motion for summary judgment. Accordingly, this matter may be dismissed with

prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 7th day of April, 2011.

By:     s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

Filed electronically on this 7th day of April, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 7th day of April, 2011, via the ECF system to:

Honorable Andrew J. Guilford
Judge of the United States District Court
Central District of California

Copy sent via mail on this 7th day of April, 2011, to:

Adrienne Rowberry
Litigation Counsel
140 Corporate Boulevard
Office of General Counsel
Norfolk, VA  23502


By: s/Todd M. Friedman
       Todd M. Friedman